UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
*Electronically Filed*

CIVIL ACTIONI NO**.** 7:25-CV-00014-REW-EBA

| | | |
|---|---|---|
| VIRAL DRM, LLC | ) | PLAINTIFF, |
| | ) | |
| VS. | ) | |
| | ) | |
| WALTERS AUTOMOBILES, INC. | ) | DEFENDANT |
| | ) | |

**NOTICE OF SETTLEMENT AND AGREED ORDER**

The parties hereby provide notice to the Court of their settlement of all disputes arising of out this litigation. An Agreed Order of Dismissal with Prejudice will be tendered with the Court within thirty (30) days. Pursuant to an agreement of the parties, as evidenced by the signatures of counsel below, the defendant, Walters Automobiles, Inc. is relieved from filing an Answer to Plaintiff's Complaint pending submission of a tendered Agreed Order of Dismissal.

SO ORDERED this _____ day of _____, 2025.

_____
HON. EDWARD B. ATKINS, JUDGE

APPROVED FOR ENTRY BY:

*/s/ Craig B. Sanders (with permission)*
Craig B. Sanders, Esq.
*Counsel for Plaintiff*

*/s/ William J. Baird, IV*
William J. Baird, IV
*Counsel for Defendant*

## CLERK'S CERTIFICATE OF SERVICE

  This is to certify that a true copy of the foregoing Agreed Order was duly mailed to the following:

Craig B. Sanders
Sanders Law Group
333 Earle Ovington Blvd.
Suite 402
Uniondale, NY  11553

William J. Baird, IV
Baird & Baird, P.S.C.
P.O. Box 351
Pikeville, KY  41502

  This the _____ day of _____, 2025.

CLERK BY:_____, dc